**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-6532**

———————————

In Re:  BRIAN TIMOTHY HUGGINS,

                                             Petitioner.


———————————

On Petition for Writ of Mandamus.  (CA-01-4527)

———————————

Submitted:  April 17, 2002        Decided:  April 29, 2002

———————————

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

———————————

Petition dismissed by unpublished per curiam opinion.

———————————

Brian Timothy Huggins, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Brian Timothy Huggins petitions this court for a writ of mandamus directing the district court to require the United States to respond to his 28 U.S.C.A. § 2255 (West Supp. 2001) motion, which Huggins filed in November 2001. The district court docket sheet reveals that on March 27, 2002, the district court ordered the United States to respond. Accordingly, Huggins has received the relief he seeks. We deny the motion for leave to proceed in forma pauperis and dismiss the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before us and argument would not aid the decisional process.

<u>PETITION DISMISSED</u>

2